UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case No. 13-cr-20680
vs.                                      HON. MARK A. GOLDSMITH

TERRANCE O. SALES,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION OF MOTION TO REVOKE DETENTION ORDER (DKT. 18)

The matter is presently before the Court on Defendant's motion for reconsideration of Defendant's motion for revocation of the detention order (Dkt. 18).[1] The motion for reconsideration, which was filed under 18 U.S.C. § 3145, asserts that Defendant is physically disabled, requires accommodations such as a prosthetic leg, cane, compression socks, and medication, and requires access to specialists. Def. Mot. at 2-4 (Dkt. 18). The motion requests a bond "to obtain the necessary medical treatment and services relative to his prosthetic leg, blood pressure and diabetic conditions pending the conclusion of this matter." Id. at 4. The Government filed a response stating that, based upon the new evidence provided by Defendant, it does not object to the Court granting bond, but it recommends that certain conditions be imposed. Gov't Resp. at 1-2 (Dkt. 21).

Because Defendant's motion for reconsideration is unopposed, and because the motion presents new evidence regarding Defendant's medical needs, the Court grants the

---

[1] Defendant's motion for revocation of the detention order (Dkt. 11) was opposed by the Government (Dkt. 15). The Court entered an Opinion and Order denying Defendant's motion (Dkt. 17).

motion for reconsideration, revokes the detention order (Dkt. 6), and grants bond subject to the following conditions:

(1) Electronic monitoring;

(2) Home detention, with Defendant restricted to the confines of his residence except for Court appearances, medical appointments, and meetings with defense counsel; and

(3) Prohibited from operating a motor vehicle.

SO ORDERED.

Dated:  November 22, 2013  s/Mark A. Goldsmith
        Flint, Michigan    MARK A. GOLDSMITH
                           United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 22, 2013.

s/Deborah J. Goltz
DEBORAH J. GOLTZ
Case Manager